```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00073
   REGINALD L BROWN
   THERESA L BROWN                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3961     SSN XXX-XX-1603

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/04/06 and confirmed on 04/20/06.

     2.  The case was dismissed after confirmation, 04/11/2008.

     3.  The Debtor paid a total of $  21960.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG           .00           .00           .00
CITIMORTGAGE               MORTGAGE ARRE     13385.44            .00      13385.44
RESURGENT CAPITAL SERVIC   UNSECURED          9627.55            .00       5920.58
KOHLS                      UNSECURED           506.53            .00        311.50
M & M ORTHOPAEDICS         UNSECURED         NOT FILED           .00           .00
MEDTRONIC MINI MED         UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED           522.71            .00        321.45
PORTFOLIO RECOVERY ASSOC   UNSECURED          1875.99            .00       1153.66
PNC VEHICLE LEASING        FILED LATE            .00             .00           .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     13385.44           .00     12532.78         .00     25918.22
PRINCIPAL PAID         13385.44           .00      7707.19         .00     21092.63
INTEREST PAID               .00           .00           .00        .00          .00
TOTAL PAID             13385.44           .00      7707.19         .00     21092.63
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $          .00
and was paid $         .00 .

The Trustee received $    867.37 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 07/21/08                         /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 00073 REGINALD L BROWN & THERESA L BROWN